ACCEPTED
03-13-00296-CR
6318920
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 5:42:41 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00296-CR

IN THE COURT OF APPEALS FOR
THE THIRD JUDICIAL DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 5:42:41 PM
JEFFREY D. KYLE
Clerk

**Robbie Dale Walker**

Appellant

v.

**The State of Texas**

Appellee

On Appeal in Case Number CR11-0908, from the 207th District Court of Hays County, the Hon. Jack H. Robison, Judge Presiding

# Unopposed Motion for Leave to File Out-of-Time Motion for Rehearing

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Robbie Dale Walker, Appellant in the above styled and numbered cause, by and through John G. Jasuta, his undersigned attorney of record, and respectfully files this "Unopposed Motion for Leave to File Out-of-Time Motion for Rehearing" and in support of such Motion would show the Court:

I

Appellant was charged by indictment with the offense of theft over $200,000, a first (1st) degree felony, in Cause No. CR11-0908

in the 207th District Court of Hays County, Texas. He was convicted in said cause and was sentenced to twenty-five (25) years in prison. Notice of Appeal was timely given on April 29, 2013. The Court affirmed his conviction on May 29, 2015. Motion for rehearing should have been filed on or before June 15, 2015.

## II

Counsel was required by Rule 48, Tex.R.App.Pro., to provide Appellant with a copy of the Court's opinion, and notify him of his right to file a *pro se* petition for discretionary review under Rule 68, Tex.R.App.Pro. Counsel failed to send the required letter. Counsel is, therefore, requesting permission to file an out-of-time motion for rehearing in order to have sufficient time to properly notify Appellant as to his right to seek discretionary review, and to ensure that Appellant has such time and is provided that opportunity, without the need to seek *habeas corpus* relief under Article 11.07 § 3, *et seq.*, C.Cr.P., which relief would surely be granted. The undersigned would show that motion for rehearing is being filed contemporaneously to this motion.

IV

The undersigned has conferred with Mr. Chris Johnson, counsel of record for the State. Neither he nor his office is opposed to Appellant's "Unopposed Motion for Leave to File Out-of-Time Motion for Rehearing" being granted.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court to grant this motion in all things and permit the Motion for Rehearing, filed of even date herewith, to be filed and considered by the Court.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

Attorney for Appellant

# Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 418 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on July 31, 2015, a true and correct copy of the above and foregoing "Unopposed Motion for Leave to File Out-of-Time Motion for Rehearing" was transmitted via the eService function on the State's eFiling portal, to Chris Johnson (chris.johnson@co.hays.tx.us), counsel of record for the State of Texas.

_____
**John G. Jasuta**